Union Bank, N.A.
2001 Saturn Street
Monterey Park, CA 91755

## REPORT OF ASSETS
## AUTHORITY TO DEPOSIT FUNDS

| | |
|---|---|
| BR Case Number: | 14-31095 |
| | Susan Shirock DePaola, Trustee in Bankruptcy for |
| Account Name: | Professional Facilities Management, Inc. |
| Amount to be Deposited or other: | $325,000.00 |
| Description to be used on Statement: | Accounts Receivable - Sleepy's |
| Signature: | /s/ Susan S. DePaola |
| Date: | December 27, 2016 |

Bank of America  454199
Houston, TX 77002 USA
32-2/1110 TX

**MATTRESS FIRM, INC**
dba The Mattress Firm
10201 South Main Street
Houston, TX 77025 USA

DATE
December 21, 2016

AMOUNT
$**** 325000.00

*** Three Hundred Twenty Five Thousand and 00/100

*PAY TO THE ORDER OF*
Susan S Depaola-Trustee
1726 W Second St Ste B
Montgomery, AL 36106 USA

⑈454199⑈ ⑆11100025⑆ 004787481812⑈

# UNION BANK

**CHECKING/SAVINGS DEPOSIT**

12/27/16
112

Estate Of (Debtor)
Professional Facilities Management,

SUSAN SHIROCK DEPAOLA, TRUSTEE
1726 WEST SECOND STREET SUITE B
MONTGOMERY, AL
36106

Case Number  14-31095  WS

DDA Account #:  2132183035
Checking Account (Non-Interest

DEPOSIT TOTAL:  $*****325,000.00

Mattress Firm, Inc.  325000.00  ACCOUNTS RECEIVABLE

⑈000112⑈ ⑆52000412⑆ 2132183035⑈

# UNION BANK

**CHECKING/SAVINGS DEPOSIT**

12/27/16
112

Estate Of (Debtor)
Professional Facilities Management,

SUSAN SHIROCK DEPAOLA, TRUSTEE
1726 WEST SECOND STREET SUITE B
MONTGOMERY, AL
36106

Case Number  14-31095  WS

DDA Account #:  2132183035
Checking Account (Non-Interest

DEPOSIT TOTAL:  *****325,000.00

Mattress Firm, Inc.  325000.00  ACCOUNTS RECEIVABLE